**James WINSHIP, Plaintiff–Appellant,**

v.

**Commisioner Glen S. GOORD, Superintendant James Berbary, Dr. Misa, Dr. Kurtz, and Dr. Cetin, Defendant–Appellees.**

Docket No. 01–260.

United States Court of Appeals, Second Circuit.

March 27, 2003.

James Winship, Submitted for Plaintiff–Appellant, pro se.

Michael S. Belohlavek, Deputy Solicitor General, for Eliot Spitzer, Attorney General of the State of New York, New York, N.Y. (Assistant Solicitor General Melanie L. Oxhorn, on the brief), Submitted for Defendant–Appellees, of counsel.

Present: MCLAUGHLIN, KATZMANN, and B.D. PARKER, Jr., Circuit Judges.

## SUMMARY ORDER

*Pro se* plaintiff-appellant James Winship appeals from a final judgment of the United States District Court for the Western District of New York (Larimer, *J.*) entered pursuant to a decision and order dated September 30, 2001, granting summary judgment in favor of defendant-appellees and dismissing the complaint. For the reasons stated in its thorough opinion, we affirm the judgment of the district court.

The judgment of the district court is **AFFIRMED.**